UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BIK HYDRAULICS, LTD. | ) |
|     Plaintiff, | ) Case No.: 3:22-CV-201 |
| v. | ) |
| RYAN GRAY, and | ) |
| R.L. GRAYS UNDERGROUND, LLC, | ) |
| and GRAY'S TREE & CRANE, LLC, | ) |
|     Defendants. | ) |

## NOTICE OF REMOVAL

COMES NOW, Defendants, Ryan Gray, R.L. Gray's Underground, LLC and Gray's Tree & Crane, LLC, by and through its undersigned counsel, and pursuant to 28 U.S.C. § 1441, respectfully removes this matter to the United States District Court for the Southern District of Indiana, Evansville Division. The grounds for removal are:

1. On November 11, 2022, Plaintiff, BIK Hydraulics, Ltd., filed a civil action against Defendants, Ryan Gray, R.L. Gray's Underground, LLC and Gray's Tree & Crane, LLC, in the Vanderburgh Superior Court in and for the State of Indiana, County of Vanderburgh, entitled , *BLK Hydraulics, Ltd., Plaintiff v. Ryan Gray, and R.L. Gray's Underground, LLC, and Gray's Tree & Crane, LLC, Defendants,* under Cause No. 82D06-2211-PL-005312.

2. True and correct copies of all process, pleadings and orders served upon Defendants are attached hereto as the following exhibits:

    Exhibit A    Complaint (with attachment)

    Exhibit B    Summons – Ryan Gray

| | | |
|---|---|---|
| <u>Exhibit C</u> | Summons – Gray's Tree & Crane, LLC |
| <u>Exhibit D</u> | Summons – R.L. Gray's Underground, LLC |
| <u>Exhibit E</u> | Appearance on behalf of Plaintiff |
| <u>Exhibit F</u> | BLK's Motion for Temporary Restraining Order (with attachment) |
| <u>Exhibit G</u> | Alias Summons – Gray's Tree & Crane, LLC |
| <u>Exhibit H</u> | Alias Summons – Ryan Gray |
| <u>Exhibit I</u> | Alias Summons – R.L. Grays Underground, LLC |
| <u>Exhibit J</u> | Order on Verified Motion for Temporary Restraining Order |
| <u>Exhibit K</u> | Notification of Service (with attachments) |
| <u>Exhibit L</u> | Appearance on behalf of Defendants |
| <u>Exhibit M</u> | Defendants' Motion for Enlargement of Time |
| <u>Exhibit N</u> | Order Granting Motion for Enlargement of Time |
| <u>Exhibit O</u> | Motion to Reinstate Temporary Restraining Order and Set Hearing |
| <u>Exhibit P</u> | Defendants' Verified Objection to Plaintiff's Motion to Reinstate Temporary Restraining Order |
| <u>Exhibit Q</u> | Order Denying Motion to Reinstate TRO\ |
| <u>Exhibit R</u> | Court's Docket as of December 9, 2022 |

3. Plaintiff's Complaint was served on Defendants on November 14, 2022. Defendants, Ryan Gray, R.L. Grays Underground, LLC and Gray's Tree & Crance, LLC, requested and were granted an enlargement of time to respond to the Complaint to and including January 3, 2023. Per Order of the Vanderburgh Superior Court, a Temporary Restraining Order was issued on November 15, 2022 which expired on November 25, 2022. The Court denied BIK's request to reinstate the Temporary Restraining Order against the Defendants. No other proceedings have taken place in this matter.

4. This Notice of Removal is filed within thirty (30) days after the receipt of the Complaint by Defendants, through service or otherwise, pursuant to 28 U.S.C. § 1446(b).

5. This Notice of Removal is timely under the provisions of 28 U.S.C. § 1446(b).

## JURISDICTION

5. This is a case over which the Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1332 and which may be removed to this Court by Defendants pursuant to 28 U.S.C. § 1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

   (a) Plaintiff, BIK Hydraulics, Ltd. was at the time it commenced this case, and still is, a Canadian company organized and existing under the laws of the Province of Ontario, Canada, with its principal place of business in Toronto, Ontario, Canada. Therefore, BIK Hydraulics is a citizen of the Province of Ontario, Canada and is not a citizen of the State of Indiana. Elmer Ivan is the principal owner of BIK Hydraulics, LTD, holding 100% of its stock. Elmer Ivan is a citizen of the Province of Ontario, Canada and is not a citizen of the State of Indiana.

   (b) Defendant, Ryan Gray, is a resident of Vanderburgh County, Indiana and therefore is a citizen of the State of Indiana.

   (c) Defendant, R.L. Grays Underground, LLC is a domestic limited liability company organized in the State of Indiana. Ryan Gray is the sole member of R.L. Grays Underground, LLC and is a citizen of the State of Indiana. R.L. Grays Underground, LLC is a citizen of the State of Indiana.

    (d)    Defendant, Gray's Tree & Crane, LLC is a domestic limited liability company organized in the State of Indiana. Ryan Gray is the sole member of Gray's Tree & Crane, LLC and is a citizen of the State of Indiana. Gray's Tree & Crane is a citizen of the State of Indiana.

    (e)    Plaintiff seeks an award of actual damages for Defendants' publishing of an allegedly defamatory post which Plaintiff asserts qualifies as defamation *per se*. Plaintiff contends that the posting was malicious and imputes criminal conduct on the part of BIK. It is believed Plaintiff may seek damages for alleged loss of crane sales which could exceed $500,000, if proven. Plaintiff also is seeking an award of punitive damages against the Defendants.

    (f)    Therefore, as of the date of the filing of this Notice, Defendants have a reasonable basis to believe that the amount in controversy is well in excess of $75,000.

6.    Based on the preceding facts, this Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1332, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7.    At the time of filing this Notice of Removal, Defendant has also filed a true and correct copy of this Notice of Removal with the Clerk of the Vanderburgh Superior Court in and for the State of Indiana, County of Vanderburgh, and has served the same upon Plaintiff as required by 28 U.S.C. §1446(d).

8.    Defendants accordingly request the removal of this case from the Vanderburgh Superior Court in and for the State of Indiana, County of Vanderburgh to this Court.

WHEREFORE, Defendants respectfully request that the above-described action pending in the Vanderburgh Superior Court in and for the State of Indiana, County of Vanderburgh, be removed therefrom to the United States District Court for the Southern District of Indiana, Evansville Division.

                                      Respectfully submitted,

                                      FISHER MAAS HOWARD LLOYD
                                      & WHEELER PC.

                                      */s/ Stephen C. Wheeler*
                                      STEPHEN C. WHEELER, #14991-34

FISHER MAAS HOWARD LLOYD & WHEELER, PC.
9765 Randall Drive, Suite F
Carmel, Indiana 46280
(317) 578-1900
(317) 578-1330 fax
swheeler@fishermaas.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2022 the foregoing was served upon the following persons, by the operation of the Court's electronic filing system and/or by U.S. Regular Mail and U.S. Certified Return Receipt Requested Mail

Edward M. Smid
Michael J. Bruzzese
Smid Law LLC
12115 Visionary Way, Suite 174
Fishers, IN 46038
esmid@smidlaw.com

Clerk of the Vanderburgh Superior Court
PO Box 3356
Evansville, IN  47732

                                      */s/ Stephen C. Wheeler*
                                      Stephen C. Wheeler